```
                          UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF NEW JERSEY
                          CIVIL ACTION NO. 06-140 (FLW)
```

THE MORTGAGE MARKET GUIDE, LLC, :   TRIAL TRANSCRIPT
          Plaintiff,           :    VOLUME 1
                               :
     v.                        :    APRIL 9, 2007
                               :
FREEDMAN REPORT, LLC, AARON    :    RECEIVED
FREEDMAN, DAVID MOZES, and     :
DONALD GREITZER                :    APR 1 6 2007
          Defendants.          :
                               :    AT 8:30 _____ M
                                    WILLIAM T. WALSH
                                    CLERK

CLARKSON S. FISHER UNITED STATES COURTHOUSE
402 EAST STATE STREET, TRENTON, NJ  08608

B E F O R E :   THE HONORABLE FREDA L. WOLFSON, USDJ

A P P E A R A N C E S :

BUDD LARNER, ESQUIRES
BY:   MICHAEL M. ROSENBAUM, ESQUIRE
      GERD W. STABBERT, JR., ESQUIRE
      On behalf of the Plaintiff

CARELLA BYRNE BAIN GILFILLAN CECCHI STEWART & OLSTEIN,
     ESQUIRES
BY:  JOHN J. GILFILLAN, ESQUIRE
     KENNETH I. WINTERS, ESQUIRE
On behalf of the Defendants

                         * * * * *
              VINCENT RUSSONIELLO, C.C.R.
                 OFFICIAL U.S. REPORTER
                   138 PAXSON AVENUE
               TRENTON, NEW JERSEY 08690
                    (609) 588-9516


                      CERTIFICATION
     PURSUANT TO SECTION 753, TITLE 28 U.S.C., THE
FOLLOWING TRANSCRIPT IS CERTIFIED TO BE AN ACCURATE
TRANSCRIPTION OF MY STENOGRAPHIC NOTES IN THE
ABOVE-ENTITLED MATTER.

                    _____
                    VINCENT RUSSONIELLO, C.C.R.
                    OFFICIAL U.S. REPORTER