UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____   :
                                      :
THE MORTGAGE MARKET                   :
GUIDE, LLC,                           :
                                      :
      Plaintiff,                      :   Civil Action No. 06-cv-140-FLW
                                      :
                                      :
      v.                              :
                                      :
FREEDMAN REPORT, LLC et al.,          :
                                      :   **ORDER AND FINAL JUDGMENT**
      Defendants.                     :
                                      :
_____   :

**WOLFSON, United States District Judge**

      This matter coming before the Court upon an Amended Complaint filed by Michael M. Rosenbaum, Esq., on behalf of Plaintiff Mortgage Market Guide, LLC ("MMG") against Defendants The Freedman Report, LLC ("Freedman Report"), Aaron Freedman ("Freedman"), David Mozes ("Mozes"), and Donald Greitzer ("Greitzer") (collectively, "Defendants"), represented by Kenneth L. Winters, Esq.; and the Court having held a fifteen day bench trial, during the course of which, all counts were withdrawn against Defendants except copyright infringement and breach of contract; and for the reasons set forth in the Opinion filed herewith; accordingly, and for good cause shown;

      **IT IS** on this 28th day of July, 2008;

**ORDERED** that judgment be entered in favor of all Defendants in connection with Plaintiff MMG's breach of contract claim; and it is further

**ORDERED** that judgment be entered in favor of Plaintiff MMG in connection with its copyright infringement claim against Defendants the Freedman Report, Freedman, and Mozes; and it is further

**ORDERED** that judgment be entered in favor of Defendant Greitzer in connection with Plaintiff MMG's copyright infringement claim against him; and it is further

**ORDERED** that judgment be entered in favor of Plaintiff MMG in connection with its request for injunctive relief against Defendants the Freedman Report, Freedman, and Mozes, prohibiting the continued infringement of Plaintiff MMG's copyright in its bond page; and it is further

**ORDERED** that judgment be entered in favor of Defendants in connection with Plaintiff MMG's request for statutory damages and attorneys' fees under the Copyright Act; and it is further

**ORDERED** that the Clerk of the Court shall mark this case **CLOSED**.


Dated: July 28, 2008

                                                  s/ Freda L. Wolfson
                                                  The Honorable Freda L. Wolfson
                                                  United States District Judge